IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 26-50088-cag |
| LUCY COOPER'S, LLC | § | |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

## DEBTOR'S MOTION FOR ENTRY OF ORDER AUTHORIZING THE DEBTOR TO PAY PRE-PETITION WAGES

TO THE HONORABLE UNITED STATES CHIEF BANKRUPTCY JUDGE:

Comes now, **Lucy Cooper's, LLC**, Debtor and Debtor-in-Possession (the "Debtor") in the above-captioned case (the "Case"), and hereby submits this motion (the "Motion") pursuant to Sections 105(a), 363(b) and 507(a) of the United States Bankruptcy Code and 11 U.S.C. §§ 101 *et. seq.* (the "Bankruptcy Code"), for the entry of an order authorizing the Debtor to pay prepetition wages. In support of this Motion, Debtor respectfully represents as follows:

### I. JURISDICTION, VENUE AND STATUTORY BASIS FOR RELIEF

1. This Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 1334(b) and the District Court's Standing Order of Reference.

2. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).

3. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409(a).

4. The statutory basis for relief requested herein are Sections 105(a), 503(b), and 507(a) of the Bankruptcy Code.

### II. BACKGROUND

5. On January 9, 2026 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as

1

amended, the "Bankruptcy Code").  The Schedules and Statement of Financial Affairs have not yet been filed but will be timely filed.

6.      The First Meeting of Creditors has not been conducted.

7.      No Creditor's Committee has been formed.

8.      The case was filed as a Sub V case.

9.      The Debtor continues to manage and operate its business as debtor-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

10.      The Debtor is a Texas limited liability company doing business in Texas.  The Debtor operates a restaurant and ice house.

11.      The Debtor seeks authority to pay pre-petition wages, including applicable witholdings and 941 taxes, for 16 employees, including two (2) insiders (Braunda Smith and Jesse Smith), as defined in 11 U.S.C. § 101(31), that have accrued and are owed up to the date of the bankruptcy filing.

12.      No employee is owed more than the statutory limit set forth in 11 U.S.C. §507(a)(4).  *See* Exhibit A.

13.      The Employees perform a variety of critical functions on behalf of the Debtor. The Employees' skills and their specialized knowledge and understanding of the Debtor's business and operations are essential to the Debtor's continuing operations and to its ability to reorganize.   The majority of the employers are restaurant servers and managers.

### III.  ARGUMENT AND AUTHORITY

14.      The continued and uninterrupted service of the Employees is essential to the Debtor's continuing business operations and its ability to reorganize its financial affairs in this Case.  As set forth below, the requested relief is authorized under the Bankruptcy Code in service of the goal of reorganization.

4929-4175-5527, v. 1

**A. Payment of Pre-Petition Wages is expressly authorized by the Bankruptcy Code**

15. Pursuant to Sections 105(a) and 507(a)(4) and (5) of the Bankruptcy Code and the "necessity of payment" doctrine, the Debtor seeks authority to pay the foregoing outstanding employee obligations and expenses. Section 105(a) of the Bankruptcy Code further provides that "[t]he Court may issue any order, process or judgment that is necessary or appropriate to carry out the provisions of this Title." 11 U.S.C. § 105(a).

16. The relief requested in this Motion is supported by the well-established "necessity of payment" doctrine. The "necessity of payment" doctrine provides that "if payment of a claim that arose prior to reorganization is essential to the continued operation of the [business] during the reorganization, payment may be authorized even if it is made out of corpus." *In re Leigh & New England Ry. Co.*, 657 F.2d 570,581 (3rd Cir. 1981). Bankruptcy courts have recognized their power to authorize a debtor's payment of pre-petition wages and salaries on the grounds that such payments are crucial to a debtor's reorganization, particularly when such payments would otherwise be entitled to priority under the Bankruptcy Code. *See In re CEI Roofing*, 315 B.R. 50 (Bankr. N.D. Tex. 2004); *In re Coserv, L.L.C.*, 273 B.R. 487; (Bankr. N.D. Tex. 2002); *In re Quality Interiors, Inc.*, 127 B.R. 391, 396 (Bankr. N.D. Ohio 1991) (citing *In re Chateaugay Corp.*, 80 B.R. 279 (S.D.N.Y. 1987)) (under the "necessity of payment" doctrine, the bankruptcy court should defer to debtor's business judgment in permitting payment of certain workers' compensation claims); *In re Structurlite Plastics Corp.*, 86 B.R. 922 (Bankr. S.D.Ohio 1988).

17. The "necessity of payment" doctrine authorizes the Debtor to pay the employee obligations described in this Motion. As set forth above and in Exhibit A, the compensation claims individually do not exceed $15,150.00, and therefore, are entitled to priority status under

3

11 U.S.C. § 507(a)(4). The Debtor will have to pay these claims in order to confirm a chapter 11 plan. *See* 11 U.S.C. 1129(a)(9)(B). Consequently, in connection with these priority claims, granting the relief sought herein would only affect the timing, and not the amount, of payment of compensation.

18.     The "fundamental purpose of reorganization is to prevent the debtor from going into liquidation, with an attendant loss of jobs." *NLRB v. Bildisco & Bildisco*, 465 U.S. 513, 528 (1984). Payment of the amounts requested in this Motion pursuant to the "necessity of payment" doctrine is in the interests of all parties because such payment will facilitate the continued operation of the Debtor's business. *See Lehigh*, 657 F.2d at 581. The relief requested in this Motion will allow the Debtor to continue to operate with minimal disruption and enable the Debtor to continue its business.

19.     In *CEI Roofing*, the Court recognized the importance of permitting a debtor to pay pre-petition wages. In support of its order authorizing such payment, this Court stated:

> [T]here has evolved a rule for the payment of pre-petition wages and benefits which is based on both common sense and the express provisions of the Bankruptcy Code. If employees are not paid, they will leave. If they leave the Debtor's business, the bankruptcy case fails shortly after the filing. No one will benefit from the process. The Code gives employees a statutory priority that elevates the claims above the general unsecured claims, and, in fact, most claims in the bankruptcy case.
> . . .
> The treatment and payment of such claims before confirmation does not violate the Code or existing case law in this circuit. In fact, such orders are usually "necessary" and "appropriate" to implement a debtor's reorganization under Chapter 11.

*In re CEI Roofing*, 315 B.R. at 61.

20.     Debtor represents that it has sufficient cash to pay the amounts described here. In order to maintain the continuity of its business and to preserve the morale of its labor force, it is essential that the Debtor be permitted to pay to its Employees the compensation which has

4929-4175-5527, v. 1

accrued but remains unpaid as set forth herein. The Debtor seeks the relief requested in this Motion because any delay or disruption in the provision of employee benefits or payment of compensation (including the payment of pre-petition wages) will destroy the Debtor's relationship with the Employees, likely result in such Employees terminating their employment, and irreparably impair workforce morale at the very time when the dedication, confidence and cooperation of these Employees is most critical. The Debtor faces the risk that its operations may be severely impaired if authority is not granted for the Debtor to make the payments described above.

21.     In addition, bolstering the Employees' morale will assist the Debtor in maintaining a "business as usual" atmosphere and, in turn, facilitate the Debtor's efforts to emerge from chapter 11 without significant delay.

22.     Because the amounts represented by pre-petition wages are needed to enable the Employees to meet their own personal obligations, absent the relief requested herein, the Employees will suffer undue hardship and, in many instances, serious financial difficulties. Moreover, without the requested relief, the stability of the Debtor would be undermined by the potential threat that otherwise loyal Employees at all levels would seek other employment.

**B.     The Court may direct banks to honor and pay checks issued to pay the Pre-Petition Wages**

23.     The Debtor further requests that all applicable banks and other financial institutions be authorized and directed, when requested by the Debtor, in the Debtor's sole discretion, to receive, process, honor and pay any and all checks drawn on the Debtor's accounts for payment of pre-petition wages, whether such checks were presented prior to or after the Petition Date, provided that sufficient funds are available in the applicable accounts to make the payments.

4929-4175-5527, v. 1

24.     The Court may grant this relief pursuant to section 105(a) because it is not prohibited by the Bankruptcy Code and the relief is appropriate to carry out the purposes of the Bankruptcy Code, specifically the payment of priority employee wage claims and reorganization of the debtor's business.

## IV.     **NOTICE**

25.     The Debtor has caused a copy of this Motion to be served upon (i) the Service List for Debtor, which includes the prepetition lender's counsel and the consolidated list of the top twenty (20) largest unsecured creditors; (ii) the United States Trustee; (iii) those persons who have formally appeared in this Case and requested service pursuant to Bankruptcy Rule 2002; and (iv) all applicable government agencies to the extent required by the Bankruptcy Rules and the Bankruptcy Local Rules. The Debtor submits that no other or further notice need be provided.

WHEREFORE, PREMISES CONSIDERED, for these reasons, the Debtor respectfully requests the Court (a) enter an order (i) authorizing the Debtor to pay pre-petition wages, salaries, and employee benefits; and (ii) authorizing banks to honor and pay checks issued to pay pre-petition wages, withholdings and benefits; and (b) granting such other and further relief to which the Debtor is entitled at law or equity.

Dated: January 9, 2026

4929-4175-5527, v. 1

Respectfully submitted,

LANGLEY & BANACK, INCORPORATED
Suite 700, Trinity Plaza II
745 East Mulberry, Suite 700
San Antonio, TX  78212-3166
Telephone: (210) 736-6600
Fax: (210) 735-6889

By:      /s/ *Allen M. DeBard*

ALLEN M. DeBARD
Texas Bar No. 24065132
adebard@langleybanack.com
WILLIAM R. DAVIS, JR.
Texas Bar No. 05565500
wrdavis@langleybanack.com

**PROPOSED COUNSEL FOR THE DEBTOR
AND DEBTOR-IN-POSSESSION**

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on January 9, 2026, true and correct copies of the foregoing Motion was served upon those creditors and interested parties reflected on the attached service list for the Debtor by United States Mail, postage prepaid and by electronic means to those ECF/PACER participants.

/s/ *Allen M. DeBard*

Allen M. DeBard

7

4929-4175-5527, v. 1

# EXHIBIT "A"

# PAYROLL REGISTER REPORT
LC Investments LLC

| | | |
|---|---|---|
| **payroll Type:** | WEEKLY | **End:** 01/04/2026 |
| **Group:** | LC San Pedro - WEEKLY | **Process:** 01/07/2026 |
| **Status:** | Calculated | **Check:** 01/09/2026 |

| employee Number | Name | Filing Status | | | | Earnings | Deductions | Taxes | Net |
|---|---|---|---|---|---|---|---|---|---|

---

**7504** — 1 - Ayala, Osiel - *Active*

| | | | |
|---|---|---|---|
| Federal: | S - 0 | **Current** 510.72 | 3.00 59.18 448.54 |
| State: | TX | **YTD** 1,098.91 | 6.00 132.84 960.07 |

| Earnings | Rate | Hours | Current | EE Deductions | Current | Arrears | Taxes | Current | YTD | Arrears | Net Pay | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR:Cook | 16.00 | 31.92 | 510.72 | Beverage | 3.00 | 0.00 | Social Security Tax | 31.66 | 68.13 | 0.00 | Direct Deposit | 44.85 |
| Tips Owed | 0 | 0 | 0 | **Total:** | **3.00** | | Medicare | 7.41 | 15.94 | 0.00 | XXXXXX6793 | |
| **Total:** | | **31.92** | **510.72** | | | | Additional Medicare | 0.00 | 0.00 | 0.00 | Direct Deposit | 403.69 |
| | | | | | | | Federal Income Tax | 20.11 | 48.77 | 0.00 | XXXXXXXX0201 | |
| | | | | | | | Employer Social Security | 31.66 | 68.13 | 0.00 | **Total** | **448.54** |
| | | | | | | | FUTA - FED | 3.06 | 6.59 | 0.00 | | |
| | | | | | | | Employer Medicare Tax | 7.41 | 15.94 | 0.00 | | |
| | | | | | | | SUTA - TX | 13.79 | 29.67 | 0.00 | | |
| | | | | | | | **Total:** | **115.10** | **253.17** | | | |

---

**7470** — 1 - Connell, Madilyne - *Active*

| | | | |
|---|---|---|---|
| Federal: | S - 0 | **Current** 362.03 | 3.00 32.94 326.09 |
| State: | TX | **YTD** 853.10 | 6.00 88.66 758.44 |

| Earnings | Rate | Hours | Current | EE Deductions | Current | Arrears | Taxes | Current | YTD | Arrears | Net Pay | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR:Server | 2.13 | 19.04 | 40.56 | Beverage | 3.00 | 0.00 | Social Security Tax | 22.45 | 52.90 | 0.00 | Direct Deposit | 326.09 |
| Tips Owed:Server | | 0.00 | 321.47 | **Total:** | **3.00** | | Medicare | 5.25 | 12.37 | 0.00 | XXXXX7022 | |
| **Total:** | | **19.04** | **362.03** | | | | Additional Medicare | 0.00 | 0.00 | 0.00 | **Total** | **326.09** |
| | | | | | | | Federal Income Tax | 5.24 | 23.39 | 0.00 | | |
| | | | | | | | Employer Social Security | 22.45 | 52.90 | 0.00 | | |
| | | | | | | | FUTA - FED | 2.17 | 5.12 | 0.00 | | |
| | | | | | | | Employer Medicare Tax | 5.25 | 12.37 | 0.00 | | |
| | | | | | | | SUTA - TX | 9.77 | 23.03 | 0.00 | | |
| | | | | | | | **Total:** | **72.58** | **182.08** | | | |

---

**28** — 1 - Day, Alexander - *Active*

| | | | |
|---|---|---|---|
| Federal: | S - 0 | **Current** 1,375.15 931.87 | 237.93 205.35 |
| State: | TX | **YTD** 2,763.24 1790.48 | 479.69 493.07 |

| Earnings | Rate | Hours | Current | EE Deductions | Current | Arrears | Taxes | Current | YTD | Arrears | Net Pay | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gratuity Owed - Credit Card & | | 0.00 | 13.89 | Beverage | 3.00 | 0.00 | Social Security Tax | 85.26 | 171.32 | 0.00 | Direct Deposit | 205.35 |
| OVERTIME:Bartender | 5.76 | 4.69 | 27.01 | Toast PayOut: T | 928.87 | 0.00 | Medicare | 19.94 | 40.07 | 0.00 | XXXXXXXX4722 | |
| REGULAR:Bartender | 2.13 | 40.00 | 85.20 | **Total:** | **931.87** | | Additional Medicare | 0.00 | 0.00 | 0.00 | **Total** | **205.35** |
| Tips Owed:Bartender | | 0.00 | 1249.05 | | | | Federal Income Tax | 132.73 | 268.30 | 0.00 | | |
| **Total:** | | **44.69** | **1375.15** | | | | Employer Social Security | 85.26 | 171.32 | 0.00 | | |
| | | | | | | | FUTA - FED | 8.25 | 16.58 | 0.00 | | |
| | | | | | | | Employer Medicare Tax | 19.94 | 40.07 | 0.00 | | |
| | | | | | | | SUTA - TX | 37.13 | 74.61 | 0.00 | | |
| | | | | | | | **Total:** | **388.51** | **782.27** | | | |

---

**39** — 1 - Ensley, Hayden - *Active*

| | | | |
|---|---|---|---|
| Federal: | S - 0 | **Current** 839.66 | 3.00 123.08 713.58 |
| State: | TX | **YTD** 1,585.10 | 6.00 227.64 1,351.46 |

| Earnings | Rate | Hours | Current | EE Deductions | Current | Arrears | Taxes | Current | YTD | Arrears | Net Pay | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gratuity Owed - Credit Card & | | 0.00 | 2.46 | Beverage | 3.00 | 0.00 | Social Security Tax | 52.06 | 98.28 | 0.00 | Direct Deposit | 713.58 |
| REGULAR:Shift Manager / Assist | 12.50 | 25.62 | 320.25 | **Total:** | **3.00** | | Medicare | 12.18 | 22.99 | 0.00 | XXXXXX0906 | |
| REGULAR:Bartender | 2.13 | 13.38 | 28.50 | | | | Additional Medicare | 0.00 | 0.00 | 0.00 | **Total** | **713.58** |
| Tips Owed:Bartender | | 0.00 | 488.45 | | | | Federal Income Tax | 58.84 | 106.37 | 0.00 | | |
| **Total:** | | **39.00** | **839.66** | | | | Employer Social Security | 52.06 | 98.28 | 0.00 | | |
| | | | | | | | FUTA - FED | 5.04 | 9.51 | 0.00 | | |
| | | | | | | | Employer Medicare Tax | 12.18 | 22.99 | 0.00 | | |
| | | | | | | | SUTA - TX | 22.67 | 42.80 | 0.00 | | |
| | | | | | | | **Total:** | **215.03** | **401.22** | | | |

---

**7488** — 1 - Erwin, Emilee - *Active*

| | | | |
|---|---|---|---|
| Federal: | S - 0 | **Current** 193.35 135.37 | 14.79 43.19 |
| State: | TX | **YTD** 374.43 262.02 | 28.65 83.76 |

| Earnings | Rate | Hours | Current | EE Deductions | Current | Arrears | Taxes | Current | YTD | Arrears | Net Pay | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR:Bartender | 2.13 | 6.97 | 14.85 | Beverage | 3.00 | 0.00 | Social Security Tax | 11.99 | 23.22 | 0.00 | Direct Deposit | 43.19 |
| Tips Owed:Bartender | | 0.00 | 178.50 | Toast PayOut: T | 132.37 | 0.00 | Medicare | 2.80 | 5.43 | 0.00 | XXXXXXXX7433 | |
| **Total:** | | **6.97** | **193.35** | **Total:** | **135.37** | | Additional Medicare | 0.00 | 0.00 | 0.00 | **Total** | **43.19** |
| | | | | | | | Federal Income Tax | 0.00 | 0.00 | 0.00 | | |
| | | | | | | | Employer Social Security | 11.99 | 23.22 | 0.00 | | |
| | | | | | | | FUTA - FED | 1.16 | 2.25 | 0.00 | | |
| | | | | | | | Employer Medicare Tax | 2.80 | 5.43 | 0.00 | | |
| | | | | | | | SUTA - TX | 5.22 | 10.11 | 0.00 | | |
| | | | | | | | **Total:** | **35.96** | **69.66** | | | |

---

**82** — 1 - Galvan, Isabelle - *Active*

| | | | |
|---|---|---|---|
| Federal: | S - 0 | **Current** 326.52 | 3.00 43.20 280.32 |
| State: | TX | **YTD** 593.85 | 6.00 75.96 511.89 |

| Earnings | Rate | Hours | Current | EE Deductions | Current | Arrears | Taxes | Current | YTD | Arrears | Net Pay | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR:Server | 2.13 | 13.14 | 27.99 | Beverage | 3.00 | 0.00 | Social Security Tax | 20.24 | 36.81 | 0.00 | Direct Deposit | 280.32 |
| Tips Owed:Server | | 0.00 | 298.53 | **Total:** | **3.00** | | Medicare | 4.73 | 8.61 | 0.00 | XXXXXXXXX5256 | |
| **Total:** | | **13.14** | **326.52** | | | | Additional Medicare | 0.00 | 0.00 | 0.00 | **Total** | **280.32** |
| | | | | | | | Federal Income Tax | 18.23 | 30.54 | 0.00 | | |
| | | | | | | | Employer Social Security | 20.24 | 36.81 | 0.00 | | |
| | | | | | | | FUTA - FED | 1.96 | 3.56 | 0.00 | | |
| | | | | | | | Employer Medicare Tax | 4.73 | 8.61 | 0.00 | | |
| | | | | | | | SUTA - TX | 8.82 | 16.04 | 0.00 | | |
| | | | | | | | **Total:** | **78.95** | **140.98** | | | |

## 7509 — 1 - Martinez, Meah - *Active*

| | | | | Federal: | - | | Current | 142.14 | 3.00 | 10.87 | 128.27 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | State: | TX | | YTD | 142.14 | 3.00 | 10.87 | 128.27 |

| Earnings | Rate | Hours | Current | EE Deductions | Current | Arrears | Taxes | Current | YTD | Arrears | Net Pay | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR:Training | 7.25 | 11.50 | 83.38 | Beverage | 3.00 | 0.00 | Social Security Tax | 8.81 | 8.81 | 0.00 | Check | 128.27 |
| REGULAR:Server | 2.13 | 5.32 | 11.33 | **Total:** | **3.00** | | Medicare | 2.06 | 2.06 | 0.00 | **Total** | **128.27** |
| Tips Owed:Server | | 0.00 | 47.43 | | | | Additional Medicare | 0.00 | 0.00 | 0.00 | | |
| **Total:** | | **16.82** | **142.14** | | | | Federal Income Tax | 0.00 | 0.00 | 0.00 | | |
| | | | | | | | Employer Social Security | 8.81 | 8.81 | 0.00 | | |
| | | | | | | | FUTA - FED | 0.85 | 0.85 | 0.00 | | |
| | | | | | | | Employer Medicare Tax | 2.06 | 2.06 | 0.00 | | |
| | | | | | | | SUTA - TX | 3.84 | 3.84 | 0.00 | | |
| | | | | | | | **Total:** | **26.43** | **26.43** | | | |

## 20 — 1 - Olson, Shannon - *Active*

| | | | | Federal: | S - 0 | | Current | 264.32 | 182.93 | 20.22 | 61.17 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | State: | TX | | YTD | 264.32 | 182.93 | 20.22 | 61.17 |

| Earnings | Rate | Hours | Current | EE Deductions | Current | Arrears | Taxes | Current | YTD | Arrears | Net Pay | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gratuity Owed - Credit Card & | | 0.00 | 8.32 | Beverage | 3.00 | 0.00 | Social Security Tax | 16.39 | 16.39 | 0.00 | Direct Deposit | 61.17 |
| REGULAR:Bartender | 2.13 | 8.04 | 17.13 | Toast PayOut: T | 179.93 | 0.00 | Medicare | 3.83 | 3.83 | 0.00 | XXXXXXXX6684 | |
| Tips Owed:Bartender | | 0.00 | 238.87 | **Total:** | **182.93** | | Additional Medicare | 0.00 | 0.00 | 0.00 | **Total** | **61.17** |
| **Total:** | | **8.04** | **264.32** | | | | Federal Income Tax | 0.00 | 0.00 | 0.00 | | |
| | | | | | | | Employer Social Security | 16.39 | 16.39 | 0.00 | | |
| | | | | | | | FUTA - FED | 1.59 | 1.59 | 0.00 | | |
| | | | | | | | Employer Medicare Tax | 3.83 | 3.83 | 0.00 | | |
| | | | | | | | SUTA - TX | 7.14 | 7.14 | 0.00 | | |
| | | | | | | | **Total:** | **49.17** | **49.17** | | | |

## 4 — 1 - Palmer, Kristle - *Active*

| | | | | Federal: | S - 0 | | Current | 844.00 | 3.00 | 123.93 | 717.07 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | State: | TX | | YTD | 1,688.00 | 6.00 | 247.86 | 1,434.14 |

| Earnings | Rate | Hours | Current | EE Deductions | Current | Arrears | Taxes | Current | YTD | Arrears | Net Pay | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR:Chef | 21.10 | 40.00 | 844.00 | Beverage | 3.00 | 0.00 | Social Security Tax | 52.33 | 104.66 | 0.00 | Direct Deposit | 717.07 |
| **Total:** | | **40.00** | **844.00** | **Total:** | **3.00** | | Medicare | 12.24 | 24.48 | 0.00 | XXXXXXXX7898 | |
| | | | | | | | Additional Medicare | 0.00 | 0.00 | 0.00 | **Total** | **717.07** |
| | | | | | | | Federal Income Tax | 59.36 | 118.72 | 0.00 | | |
| | | | | | | | Employer Social Security | 52.33 | 104.66 | 0.00 | | |
| | | | | | | | FUTA - FED | 5.06 | 10.12 | 0.00 | | |
| | | | | | | | Employer Medicare Tax | 12.24 | 24.48 | 0.00 | | |
| | | | | | | | SUTA - TX | 22.79 | 45.58 | 0.00 | | |
| | | | | | | | **Total:** | **216.35** | **432.70** | | | |

## 45 — 1 - Pedro, Brianna - *Active*

| | | | | Federal: | S - 0 | | Current | 865.13 | 3.00 | 128.07 | 734.06 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | State: | TX | | YTD | 865.13 | 3.00 | 128.07 | 734.06 |

| Earnings | Rate | Hours | Current | EE Deductions | Current | Arrears | Taxes | Current | YTD | Arrears | Net Pay | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gratuity Owed - Credit Card & | | 0.00 | 2.52 | Beverage | 3.00 | 0.00 | Social Security Tax | 53.64 | 53.64 | 0.00 | Direct Deposit | 734.06 |
| REGULAR:Server | 2.13 | 29.12 | 62.03 | **Total:** | **3.00** | | Medicare | 12.54 | 12.54 | 0.00 | XXXXXXXX7501 | |
| Tips Owed:Server | | 0.00 | 800.58 | | | | Additional Medicare | 0.00 | 0.00 | 0.00 | **Total** | **734.06** |
| **Total:** | | **29.12** | **865.13** | | | | Federal Income Tax | 61.89 | 61.89 | 0.00 | | |
| | | | | | | | Employer Social Security | 53.64 | 53.64 | 0.00 | | |
| | | | | | | | FUTA - FED | 5.19 | 5.19 | 0.00 | | |
| | | | | | | | Employer Medicare Tax | 12.54 | 12.54 | 0.00 | | |
| | | | | | | | SUTA - TX | 23.36 | 23.36 | 0.00 | | |
| | | | | | | | **Total:** | **222.80** | **222.80** | | | |

## 7505 — 1 - Sharp, Sophia - *Active*

| | | | | Federal: | S - 0 | | Current | 158.54 | 3.00 | 12.13 | 143.41 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | State: | TX | | YTD | 158.54 | 3.00 | 12.13 | 143.41 |

| Earnings | Rate | Hours | Current | EE Deductions | Current | Arrears | Taxes | Current | YTD | Arrears | Net Pay | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR:Server | 2.13 | 13.72 | 29.22 | Beverage | 3.00 | 0.00 | Social Security Tax | 9.83 | 9.83 | 0.00 | Direct Deposit | 143.41 |
| Tips Owed:Server | | 0.00 | 129.32 | **Total:** | **3.00** | | Medicare | 2.30 | 2.30 | 0.00 | XXXXX3269 | |
| **Total:** | | **13.72** | **158.54** | | | | Additional Medicare | 0.00 | 0.00 | 0.00 | **Total** | **143.41** |
| | | | | | | | Federal Income Tax | 0.00 | 0.00 | 0.00 | | |
| | | | | | | | Employer Social Security | 9.83 | 9.83 | 0.00 | | |
| | | | | | | | FUTA - FED | 0.95 | 0.95 | 0.00 | | |
| | | | | | | | Employer Medicare Tax | 2.30 | 2.30 | 0.00 | | |
| | | | | | | | SUTA - TX | 4.28 | 4.28 | 0.00 | | |
| | | | | | | | **Total:** | **29.49** | **29.49** | | | |

## 7508 — 1 - Shonyo, Kristian - *Active*

| | | | | Federal: | S - 0 | | Current | 598.40 | 3.00 | 75.66 | 519.74 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | State: | TX | | YTD | 0.00 | 3.00 | 75.66 | 0.00 |

| Earnings | Rate | Hours | Current | EE Deductions | Current | Arrears | Taxes | Current | YTD | Arrears | Net Pay | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR:Cook | 16.00 | 37.40 | 598.40 | Beverage | 3.00 | 0.00 | Social Security Tax | 37.10 | 37.10 | 0.00 | Direct Deposit | 519.74 |
| **Total:** | | **37.40** | **598.40** | **Total:** | **3.00** | | Medicare | 8.68 | 8.68 | 0.00 | XXXXX1785 | |
| | | | | | | | Additional Medicare | 0.00 | 0.00 | 0.00 | **Total** | **519.74** |
| | | | | | | | Federal Income Tax | 29.88 | 29.88 | 0.00 | | |
| | | | | | | | Employer Social Security | 37.10 | 37.10 | 0.00 | | |
| | | | | | | | FUTA - FED | 3.59 | 3.59 | 0.00 | | |
| | | | | | | | Employer Medicare Tax | 8.68 | 8.68 | 0.00 | | |
| | | | | | | | SUTA - TX | 16.16 | 16.16 | 0.00 | | |
| | | | | | | | **Total:** | **141.19** | **141.19** | | | |

## 1 — 1 - Smith, Braunda - *Active*

| | | | | Federal: | S - 0 | | Current | 2,076.92 | 3.00 | 482.39 | 1,591.53 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | State: | TX | | YTD | 4,153.84 | 6.00 | 964.78 | 3,183.06 |

| Earnings | Rate | Hours | Current | EE Deductions | Current | Arrears | Taxes | Current | YTD | Arrears | Net Pay | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SALARY:Owner | 51.92 | 40.00 | 2076.92 | Beverage | 3.00 | 0.00 | Social Security Tax | 128.77 | 257.54 | 0.00 | Direct Deposit | 1591.53 |
| **Total:** | | **40.00** | **2076.92** | **Total:** | **3.00** | | Medicare | 30.12 | 60.24 | 0.00 | XXXXX6482 | |
| | | | | | | | Additional Medicare | 0.00 | 0.00 | 0.00 | **Total** | **1591.53** |
| | | | | | | | Federal Income Tax | 323.50 | 647.00 | 0.00 | | |
| | | | | | | | Employer Social Security | 128.77 | 257.54 | 0.00 | | |
| | | | | | | | FUTA - FED | 12.46 | 24.92 | 0.00 | | |
| | | | | | | | Employer Medicare Tax | 30.12 | 60.24 | 0.00 | | |
| | | | | | | | SUTA - TX | 56.08 | 112.16 | 0.00 | | |
| | | | | | | | **Total:** | **709.82** | **1419.64** | | | |

### 63 — 1 - Smith, Jesse - Active

| | | | | Current | 1,384.62 | 3.00 | 140.16 | 1,241.46 |
|---|---|---|---|---|---|---|---|---|
| Federal: | M - 2500 | | | YTD | 2,769.24 | 6.00 | 280.32 | 2,482.92 |
| State: | TX | | | | | | | |

| Earnings | Rate | Hours | Current | EE Deductions | Current |
|---|---|---|---|---|---|
| SALARY:Owner | 34.62 | 40.00 | 1384.62 | Beverage | 3.00 |
| Total: | | 40.00 | 1384.62 | Total: | 3.00 |

Arrears 0.00

| Taxes | Current | YTD | Arrears |
|---|---|---|---|
| Social Security Tax | 85.85 | 171.70 | 0.00 |
| Medicare | 20.08 | 40.16 | 0.00 |
| Additional Medicare | 0.00 | 0.00 | 0.00 |
| Federal Income Tax | 34.23 | 68.46 | 0.00 |
| Employer Social Security | 85.85 | 171.70 | 0.00 |
| FUTA - FED | 8.31 | 16.62 | 0.00 |
| Employer Medicare Tax | 20.08 | 40.16 | 0.00 |
| SUTA - TX | 37.38 | 74.76 | 0.00 |
| Total: | 291.78 | 583.56 | |

| Net Pay | Amount |
|---|---|
| Direct Deposit XXXXX6482 | 1241.46 |
| Total | 1241.46 |

### 7498 — 1 - Smith, Jesse Lynn - Active

| | | | | Current | 12.62 | 3.00 | 0.96 | 8.66 |
|---|---|---|---|---|---|---|---|---|
| Federal: | S - 0 | | | YTD | 12.62 | 3.00 | 0.96 | 8.66 |
| State: | TX | | | | | | | |

| Earnings | Rate | Hours | Current | EE Deductions | Current |
|---|---|---|---|---|---|
| REGULAR:Prep | 7.25 | 1.74 | 12.62 | Beverage | 3.00 |
| Total: | | 1.74 | 12.62 | Total: | 3.00 |

Arrears 0.00

| Taxes | Current | YTD | Arrears |
|---|---|---|---|
| Social Security Tax | 0.78 | 0.78 | 0.00 |
| Medicare | 0.18 | 0.18 | 0.00 |
| Additional Medicare | 0.00 | 0.00 | 0.00 |
| Federal Income Tax | 0.00 | 0.00 | 0.00 |
| Employer Social Security | 0.78 | 0.78 | 0.00 |
| FUTA - FED | 0.08 | 0.08 | 0.00 |
| Employer Medicare Tax | 0.18 | 0.18 | 0.00 |
| SUTA - TX | 0.34 | 0.34 | 0.00 |
| Total: | 2.34 | 2.34 | |

| Net Pay | Amount |
|---|---|
| Direct Deposit XXXXXXXXX0888 | 8.66 |
| Total | 8.66 |

### 24 — 1 - Soto, Juan - Active

| | | | | Current | 901.60 | 3.00 | 135.24 | 763.36 |
|---|---|---|---|---|---|---|---|---|
| Federal: | S - 0 | | | YTD | 1,491.87 | 6.00 | 209.31 | 1,276.56 |
| State: | TX | | | | | | | |

| Earnings | Rate | Hours | Current | EE Deductions | Current |
|---|---|---|---|---|---|
| OVERTIME:Cook | 25.50 | 8.69 | 221.60 | Beverage | 3.00 |
| REGULAR:Cook | 17.00 | 40.00 | 680.00 | Total: | 3.00 |
| Tips Owed | 0 | 0 | 0 | | |
| Total: | | 48.69 | 901.60 | | |

Arrears 0.00

| Taxes | Current | YTD | Arrears |
|---|---|---|---|
| Social Security Tax | 55.90 | 92.50 | 0.00 |
| Medicare | 13.07 | 21.63 | 0.00 |
| Additional Medicare | 0.00 | 0.00 | 0.00 |
| Federal Income Tax | 66.27 | 95.18 | 0.00 |
| Employer Social Security | 55.90 | 92.50 | 0.00 |
| FUTA - FED | 5.41 | 8.95 | 0.00 |
| Employer Medicare Tax | 13.07 | 21.63 | 0.00 |
| SUTA - TX | 24.34 | 40.28 | 0.00 |
| Total: | 233.96 | 372.67 | |

| Net Pay | Amount |
|---|---|
| Direct Deposit XXXXX6778 | 763.36 |
| Total | 763.36 |

### 74 — 1 - Tillman, Bobbi - Active

| | | | | Current | 465.58 | 3.00 | 41.60 | 420.98 |
|---|---|---|---|---|---|---|---|---|
| Federal: | S - 500 | | | YTD | 1,174.33 | 6.00 | 129.33 | 1,039.00 |
| State: | TX | | | | | | | |

| Earnings | Rate | Hours | Current | EE Deductions | Current |
|---|---|---|---|---|---|
| REGULAR:Bartender | 2.13 | 13.75 | 29.29 | Beverage | 3.00 |
| REGULAR:Server | 2.13 | 10.94 | 23.30 | Total: | 3.00 |
| Tips Owed:Server | | 0.00 | 200.57 | | |
| Tips Owed:Bartender | | 0.00 | 212.42 | | |
| Total: | | 24.69 | 465.58 | | |

Arrears 0.00

| Taxes | Current | YTD | Arrears |
|---|---|---|---|
| Social Security Tax | 28.87 | 72.81 | 0.00 |
| Medicare | 6.75 | 17.03 | 0.00 |
| Additional Medicare | 0.00 | 0.00 | 0.00 |
| Federal Income Tax | 5.98 | 39.49 | 0.00 |
| Employer Social Security | 28.87 | 72.81 | 0.00 |
| FUTA - FED | 2.79 | 7.04 | 0.00 |
| Employer Medicare Tax | 6.75 | 17.03 | 0.00 |
| SUTA - TX | 12.57 | 31.71 | 0.00 |
| Total: | 92.58 | 257.92 | |

| Net Pay | Amount |
|---|---|
| Direct Deposit XXXXXXXX2662 | 420.98 |
| Total | 420.98 |

### Summary

| Earnings | Hours | Current | Deductions | Current | EE Taxes | Current | Net Pay | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| SALARY | 80.00 | 3,461.54 | Beverage | 51.00 | Additional Medicare | 0.00 | 1 | Check | 128.27 |
| REGULAR | 361.60 | 3,418.77 | Toast PayOut: T | 1,241.17 | Employer Medicare Tax | 164.16 | 17 | Direct Deposit | 8218.51 |
| OVERTIME | 13.38 | 248.61 | Total: | 1,292.17 | Employer Social Security | 701.93 | 18 | Total: | 8346.78 |
| Tips Owed | 0.00 | 4,165.19 | | | Federal Income Tax | 816.26 | | | |
| Gratuity Owed - | 0.00 | 27.19 | | | FUTA - FED | 67.92 | | | |
| Total: | 454.98 | 11,321.30 | | | Medicare | 164.16 | | | |
| | | | | | Social Security Tax | 701.93 | | | |
| | | | | | SUTA - TX | 305.68 | | | |
| | | | | | Total: | 2,922.04 | | | |

Please refer to the "Quarterly Employee Payroll Audit Report" for full quarterly or year-to-date information.